FILED by __KZ__ D.C.
ELECTRONIC

Jul 21, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
# 11-80134-CR-MARRA/VITUNAC

Case No. _____

18 USC 922(a)(1)(A) and 923(a)
18 USC 924(a)(1)(D)
18 USC 922(g)(3); and 924(a)(2)

UNITED STATES OF AMERICA

v.

JOSUE ANTONIO NARVAEZ,

      Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

Between on or about June 15, 2011, and on or about July 15, 2011, in Palm Beach County,

in the Southern District of Florida, the defendant,

## JOSUE ANTONIO NARVAEZ,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States

Code, did knowingly and willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT TWO

On or about July 15, 2011, in Palm Beach County, in the Southern District of Florida, the

defendant,

### JOSUE ANTONIO NARVAEZ,

then being an unlawful user of a controlled substance as defined in Title 21, United States Code,

Section 802, did knowingly possess a firearm in and affecting interstate or foreign commerce, to wit:

a Romarm/Cugir, Model WASR-10 7.62 x 39 mm AK-47 variant semi-automatic rifle.

All in violation of Title 18 United States Code, Sections 922(g)(3) and 924(a)(2).


A TRUE BILL


FOREPERSON


WIFREDO A. FERRER
UNITED STATES ATTORNEY


KAREN L. ATKINSON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JOSUE ANTONIO NARVAEZ

           **Defendant.**
_____/

CASE NO.    11-80134-CR-MARRA/VITUNAC

# CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division**: (Select One)

____ Miami   ____ Key West
____ FTL    _X_ WPB   ____ FTP

New Defendant(s)    Yes ____   No ____
Number of New Defendants    ____
Total number of counts    ____

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:     (Yes or No)     _No_
    List language and/or dialect    _____

4.   This case will take    _2-3_   days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ____ |
| II | 6 to 10 days | ____ | Minor | ____ |
| III | 11 to 20 days | ____ | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | _X_ |
| V | 61 days and over | ____ | | |

6.   Has this case been previously filed in this District Court? (Yes or No)    _No_
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No)    _No_
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No)    _No_

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   _X_ No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   _X_ No

          X _____
          KAREN L. ATKINSON
          ASSISTANT UNITED STATES ATTORNEY
          Florida Bar No. 178603

*Penalty Sheet(s) attached                                       REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>JOSUE ANTONIO NARVAEZ</u>

Case No: <u>11-80134-CR-MARRA/VITUNAC</u>

Count : 1

18 USC §§ 922(a)(1)(A); 923(a) and 924(a)(1)(D)
Dealing in Firearms

**\* Max. Penalty**:5 Years Imprisonment; $250,000 Fine; 3 Years Supervised Release

Count : 2

18 USC §§ 922(g)(3) and 924
Possession of a Firearm while illegally using a controlled substance

**\* Max. Penalty**:10 Years Imprisonment; $10,000 Fine; 3 Years Supervised Release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**